829 F.2d 1128
 Evans (Malcolm), Fisher (Valerie)
v.
Bank of America, National Trust and Savings Assn., Todd
(Frank B.), Gamble (Timothy, William O.), First Valley
Bank, Arthur Anderson and Company, Griffith &
Thornburgh, Rapp (Brian), O'Healy (Timothy J.), Escallier
(Lucien),Kindschi (Ronald), Candland (Richard), Haskell
(Eldon), Evans (Peggy), Quigley (Richard), Wells (Selmon),
Winkler (Jo), Estate of Winkler (Elmer)
 NO. 86-5978
 United States Court of Appeals,
Ninth Circuit.
 SEP 29, 1987
 
 1
 Appeal From: C.D.Cal.
 
 
 2
 REVERSED AND REMANDED.